IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Carr, Roxanna | Case Number: 06 B 00971 |
| | Judge: Wedoff, Eugene R |
| Printed: 7/15/08 | Filed: 2/4/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 29, 2008
Confirmed: March 23, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 25,400.00 | |
| Secured: | | 21,065.52 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 1,334.48 |
| Other Funds: | | 0.00 |
| Totals: | 25,400.00 | 25,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 3,000.00 |
| 2. | Bank United | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 23,412.58 | 18,566.15 |
| 4. | Bank United | Secured | 4,668.54 | 2,499.37 |
| 5. | World Financial Network Nat'l | Unsecured | 281.80 | 0.00 |
| 6. | World Financial Network Nat'l | Unsecured | 128.76 | 0.00 |
| 7. | World Financial Network Nat'l | Unsecured | 128.82 | 0.00 |
| 8. | Heights Autoworkers CU | Unsecured | 7,895.41 | 0.00 |
| 9. | Sir Finance Corporation | Unsecured | 816.00 | 0.00 |
| 10. | Capital One | Unsecured | 407.19 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 676.15 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 1,069.88 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 434.31 | 0.00 |
| 14. | World Financial Network Nat'l | Unsecured | 189.05 | 0.00 |
| 15. | Nicor Gas | Unsecured | 1,328.60 | 0.00 |
| 16. | CitiFinancial | Secured | | No Claim Filed |
| 17. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 18. | CitiFinancial | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 44,437.09 | $ 24,065.52 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 251.46 |
| 5% | 152.40 |
| 4.8% | 241.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Carr, Roxanna | Case Number: 06 B 00971 |
| | Judge: Wedoff, Eugene R |
| Printed: 7/15/08 | Filed: 2/4/06 |

```
                    5.4%                689.42
                                       _____
                                       $ 1,334.48
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                            Marilyn O. Marshall, Trustee, by:

                            _[signature]_____